**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**NORTHERN DIVISION**

| | |
|---|---|
| JENNIFER HARMON, Individually and as Surviving Mother of N.J., Decedent, and on BEHALF OF THE CLASS OF PERSONS DESIGNATED BY R.S.MO. § 537.080, <br><br> Plaintiff, <br><br> v. <br><br> PREFERRED FAMILY HEALTHCARE, INCORPORATED, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 2:21-cv-00026-SEP |

**SATISFACTION OF JUDGMENT**

Plaintiff Jennifer Harmon, individually and as surviving mother of N.J. and on behalf of all Class (1) Beneficiaries of Decedent pursuant to R.S.Mo. § 537.080, by and through her undersigned counsel, hereby acknowledges satisfaction in full of the Court's Judgment approving wrongful death settlement relating to defendant Preferred Family Healthcare, Incorporated [Docs. 113 (Sealed) and 114 (Redacted)] entered by this Court on the 23rd day of June, 2023.

*/s/ Brandon Corl*
Anne Schiavone, 49349 (MO)
Brandon Corl, 58725 (MO)
HOLMAN SCHIAVONE, LLC
4600 Madison Avenue, Suite 810
Kansas City, Missouri 64112
Telephone: 816.283.8738
Fax: 816.283.8739
aschiavone@hslawllc.com
bcorl@hslawllc.com

Meghan Mitchell, *admitted pro hac vice*
Fadduol, Cluff, Hardy & Conaway, P.C.
1115 Broadway
Lubbock, Texas 79401
Telephone: 806-763-9377
Fax: 806-763-3696
mmitchell@fchclaw.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document was filed electronically on July 18, 2023, to be served by operation of the Court's CM/ECF system upon counsel for Defendant:

Dennis S. Harms
Tayler A. Bertelsman
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
dharms@sandbergphoenix.com
tbertelsman@sandbergphoenix.com
**Attorneys for Defendants**
**Preferred Family Healthcare, Incorporated**

                                          */s/ Brandon Corl*
                                          Attorney for Plaintiff