# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2691

Jennifer Harmon, individually and as surviving mother of N.J. and on behalf of the Class of Persons Designated by R.S. MO Section 537.080

Appellant

v.

Preferred Family Healthcare, Inc., et al.

Appellees

Tracy Francis, individually, and in her individual capacity

_____

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:21-cv-00026-SEP)

_____

## ORDER

Appellant's consent motion to correct identification of parties is denied, as Appellant's notice of appeal specifically designated the district court's June 23, 2023 judgment and its July 19, 2023 docket text order of dismissal. The denial is without prejudice to Appellant filing a motion to voluntarily dismiss Preferred Family Healthcare, Inc. as a party to the appeal.

October 31, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans