# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2691

Jennifer Harmon, individually and as surviving mother of N.J. and on behalf of the Class of Persons Designated by R.S. MO Section 537.080

Appellant

v.

Preferred Family Healthcare, Inc.

Second Judicial Circuit of the State of Missouri, et al.

Appellees

Tracy Francis, individually, and in her individual capacity

---

Appeal from U.S. District Court for the Eastern District of Missouri - Hannibal
(2:21-cv-00026-SEP)

---

**ORDER**

The motion to dismiss Preferred Family Healthcare, Inc. as a party to this appeal is granted. Preferred Family Healthcare, Inc. has been dismissed from this case.

November 02, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
          /s/ Michael E. Gans

Caption For Case Number:   23-2691

November 02, 2023

    District Court/Agency Case Number(s):  2:21-cv-00026-SEP

**Jennifer Harmon, individually and as surviving mother of N.J. and on behalf of the Class of Persons Designated by R.S. MO Section 537.080**

    Plaintiff - Appellant

v.

**Preferred Family Healthcare, Inc.**

    Defendant

**Second Judicial Circuit of the State of Missouri; Jeff Hall, individually, and in his individual capacity; Westley Seifert, individually, and in his individual capacity; Misty Goings, individually, and in her individual capacity; Frank Vorhees, individually, and in his individual capacity; Patrick Williams, individually, and in his individual capacity; Jessica Morrow, individually, and in her individual capacity; Richard Love, individually, and in his individual capacity, also known as Bronson Love; Diana Shields, individually, and in her individual capacity; Daniel Kennedy, individually, and in his individual capacity; Rachel Van Beers, individually, and in her individual capacity; Lisa Wassenhove, individually, and in her individual capacity; Betty Robertson, individually, and in her individual capacity; Michelle L. Govro, individually, and in her individual capacity**

    Defendants - Appellees

**Tracy Francis, individually, and in her individual capacity**

    Defendant